No. 94–514.   UNITED STATES *v.* GAUDIN.   C. A. 9th Cir.   [Certiorari granted, *ante,* p. 1071.]   Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 94–623.   VIMAR SEGUROS Y REASEGUROS, S. A. *v.* M/V SKY REEFER ET AL.   C. A. 1st Cir.   [Certiorari granted, *ante,* p. 1013.]   Motion of American Association of Exporters and Importers for leave to file a brief as *amicus curiae* granted.   JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 94–1024.   HUDDLESTON *v.* CIGNA INSURANCE CO., FKA INA UNDERWRITERS INSURANCE CO. ET AL., *ante,* p. 1071.   Motion of respondents for double costs and damages granted in part, and respondents are awarded a total of $500 to be paid by counsel for petitioner on or before February 17, 1995.

No. 94–6790.   GARLOTTE *v.* FORDICE, GOVERNOR OF MISSISSIPPI.   C. A. 5th Cir.   [Certiorari granted, *ante,* p. 1123.]   Motion of petitioner for appointment of counsel granted, and it is ordered that Brian D. Boyle, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

No. 94–7449.   IN RE VEY.   Petition for writ of habeas corpus denied.

No. 94–203.   MORSE ET AL. *v.* REPUBLICAN PARTY OF VIRGINIA ET AL.   Appeal from D. C. W. D. Va.   Probable jurisdiction noted.

No. 94–12.   SEMINOLE TRIBE OF FLORIDA *v.* FLORIDA ET AL. C. A. 11th Cir.   Certiorari granted.

No. 94–896.   BMW OF NORTH AMERICA, INC. *v.* GORE.   Sup. Ct. Ala.   Certiorari granted.

No. 94–947.   NATIONAL LABOR RELATIONS BOARD *v.* TOWN & COUNTRY ELECTRIC, INC., ET AL.   C. A. 8th Cir.   Certiorari granted.